**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

ALAN BELL,                                                                                                    PLAINTIFF
ADC #158013

v.                                                    2:19CV00063-JTK

GERALDINE CAMPBELL, et al.                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 6th day of May, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

1